IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| SCOTT SMITH; and JANEL DONNELLEY, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO NATIONAL ASSOCIATION; PREMIER FINANCIAL SERVICES, INC.; JOHN DOES 1-50; and JANE DOES 1-100, <br><br> Defendants. | Civil No: 4:12-cv-00202-HDV-RAW <br><br><br> RULING GRANTING DEFENDANT'S MOTION TO TRANSFER, AND ORDER TRANSFERRING CASE |

Plaintiffs Scott Smith and Janel Donnelley, acting *pro se*, sue defendants Wells Fargo National Association, Premier Financial Services, Inc., John Does 1-50, and Jane Does 1-100, asserting multiple federal and state claims relating to a home mortgage. This court has federal question jurisdiction over the federal claims pursuant to 28 U.S.C. § 1331 and supplemental jurisdiction over the state claims pursuant to 28 U.S.C. § 1367.

Before the court is defendant Wells Fargo National Association's motion to transfer the case to the United States District Court, District of Arizona, Phoenix Division, the district and division where the subject property is located. The time to resist the motion passed, and on September 7, 2012, plaintiffs and defendant Premier Financial Services, Inc., were granted to until on or before September 17, 2012, to respond to the motion. Plaintiffs moved for an extension of time to respond, and they were given until on or before October 1, 2012, to respond. That date has long since passed with no resistance to the motion to transfer.

Defendant Wells Fargo National Association asserts meritorious reasons to transfer. See 28 U.S.C. § 1404(a) (governing transfer of cases). Moreover, an unresisted motion may be

granted without notice.  LR 7.f.  Accordingly, defendant Wells Fargo National Association's motion to transfer is **GRANTED**; the Clerk of Court is **ORDERED** to transfer this case to the United States District Court, District of Arizona.

    **DATED** this 30th day of October, 2012.

                                            Harold D. Vietor
                                            Senior United States District Judge